UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00022-CRS

JAMES D.                                                                                                    PLAINTIFF

v.

KILOLO KIJAKAZI, Acting Commissioner                                               DEFENDANT
of Social Security

### ORDER

The Magistrate Judge has filed her Report and Recommendation (DN 19), and no objections thereto have been filed. Therefore, the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation (DN 19) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the denial of disability insurance benefits to Plaintiff.

**IT IS SO ORDERED**.

November 30, 2023

Charles R. Simpson III, Senior Judge
United States District Court